RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Obaida Amer Al Saudi

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>OBAIDA AMER AL SAUDI,<br><br>             Defendant. | Case No. 2:25-mj-00122-DJA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Obaida Amer Al Saudi, that the Status Conference currently scheduled on August 29, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

   This Stipulation is entered into for the following reasons:

   1.   Mr. Al Saudi was ordered to pay a fine and complete an online class. He has paid his fine. Defense counsel and Mr. Al Saudi require additional time to obtain proof of completion of the online class.

   2.   Mr. Al Saudi is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 26th day of August, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Skyler Pearson<br>SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OBAIDA AMER AL SAUDI,<br><br>　　　　Defendant. | Case No. 2:25-mj-00122-DJA<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Status Conference currently scheduled on August 29, 2025 at the hour of 11:30 a.m., be vacated and continued to **November 7, 2025, at 11:30 a.m.**

DATED this 26th day of August, 2025.

_____
UNITED STATES MAGISTRATE JUDGE