RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Obaida Amer Al Saudi

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:25-mj-00122-DJA |
| Plaintiff, | **Stipulation and ~~Proposed~~ Order** |
| v. | |
| Obaida Amer Al Saudi, | |
| Defendant. | |

Mr. Al Saudi was charged by criminal complaint on February 11, 2025 with four counts: (1) Reckless Driving (a violation of 36 C.F.R. § § 4.2(b); NRS § 484B.653(1)); (2) Interfering with Agency Functions (a violation of 36 C.F.R. § 2.32(a)(1)); (3) Revoked Driver's License (a violation of 36 C.F.R. § 4.2(b); NRS § 483.560(1)); and (4) Possession of a Controlled Substance (a violation of 36 C.F.R. § 2.35(b)(2)). (ECF No. 1.)

Mr. Al Saudi entered a verbal plea agreement at his initial appearance on February 11, 2025. (ECF No. 2.) Under that agreement, Mr. Al Saudi pleaded guilty to Counts One and Three. (*Id.*) Counts Two and Four were dismissed. (*Id.*) Mr. Al Saudi was sentenced on Count One to credit for time served for one day. (*Id.*) For

1  Count Three, Mr. Al Saudi was sentenced as follows: "Defendant is sentenced to six
2  months unsupervised probation; $500.00 fine and $10.00 penalty assessment;
3  attend and complete Level II traffic school; restricted from Lake Mead National
4  Recreational Area for six months; and not violate any local, state, or federal
5  laws." (*Id.*)

6  Mr. Al Saudi now has completed the special conditions of his unsupervised
7  probation in accordance with his plea agreement and sentence. Accordingly, the
8  parties agree that the status conference set for November 7, 2025 at 11:30 AM
9  should be vacated.

Dated: September 24, 2025

Respectfully submitted,

| Rene L. Valladares | Sigal Chattah |
| Federal Public Defender | Acting United States Attorney |

*/s/ Rick A. Mula*                    */s/ Skyler H. Pearson*
Rick A. Mula                          Skyler H. Pearson
Assistant Federal Public Defender     Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Obaida Amer Al Saudi,<br><br>　　　　Defendant. | Case No. 2:25-mj-00122-DJA<br><br>**Order** |

　　The Court finds that Mr. Al Saudi has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

　　IT IS THEREFORE ORDERED that the status conference set for November 7, 2025 at 11:30 AM is vacated. The Clerk is kindly directed to close this case.

　　DATED this 26th day of September, 2025.

_____
UNITED STATES MAGISTRATE JUDGE